UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Heidi A.,                                              Case No. 21-CV-0944 (SRN/BRT)

    Plaintiff,

   v.                                                **ORDER**

Kiolo Kijakazi,
 Acting Commissioner of Social Security,

    Defendant.

---

James H. Greeman, Esq., Greeman Toomey, 250 Marquette Avenue, Suite 1380, Minneapolis, MN 55401, for Plaintiff.

Linda H. Green, Esq., Social Security Administration, 1301 Young Street, Suite A702, Dallas, TX 75202 for Defendant.

---

This matter is before the Court on the Report and Recommendation United States Magistrate Judge Becky R. Thorson dated April 11, 2022 [Doc. No. 19]. No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**

    1.    The Report and Recommendation [Doc. No. 19] is ADOPTED;

    2.    Plaintiff's Motion for Summary Judgment [Doc. No. 15] is DENIED; and

    3.    Defendant's Motion for Summary Judgment [Doc. No. 17] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

2

BY THE COURT:

Dated: April 27, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge